

# Fourth Court of Appeals
## San Antonio, Texas

February 2, 2023

No. 04-22-00482-CR

Ralph **JIMENEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2021CR6404
Honorable Sid L. Harle, Judge Presiding

## O R D E R

Appellant's brief was due January 9, 2023. However, appellant has filed a motion requesting an extension of time to file the appellant's brief. The motion is GRANTED. The appellant's brief is due on or before **February 28, 2023**.

**Appellant is advised that counsel's heavy case load or demanding work schedule is not an extraordinary circumstance warranting further requests for an extension of time. Further requests for extension of time will be disfavored.**

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of February, 2023.

_____
MICHAEL A. CRUZ, Clerk of Court